IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| STEVEN E. WRIGHT, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:16CV3026 |
| v. | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for extension of time to answer (Filing No. 14). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until June 30, 2016, to respond to plaintiff's complaint.

DATED 1st day of June, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court