IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
STEVEN E. WRIGHT,               )
                                )
          Plaintiff,            )      4:16CV3026
                                )
     v.                         )
                                )
CAROLYN W. COLVIN, Acting       )      ORDER
Commissioner of the Social      )
Security Administration,        )
                                )
          Defendant.            )
_____)
```

This matter is before the Court on plaintiff's motion for enlargement of time to submit a brief (Filing No. 21).  The Court notes defendant has no objection, and said motion will be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion for enlargement of time is granted; plaintiff shall have until August 29, 2016, to file his brief.

DATED this 26th day of July, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court