IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

STEVEN E. WRIGHT,            )
                            )
            Plaintiff,      )            4:16CV3026
                            )
        v.                  )
                            )
CAROLYN W. COLVIN, Acting    )            ORDER
Commissioner of the Social   )
Security Administration,     )
                            )
            Defendant.      )
_____)


        This matter is before the Court on plaintiff's motion

for enlargement of time to submit a brief (Filing No. 23) and

amended motion for enlargement of time (Filing No. 24).  The

Court notes defendant has no objection.  However, it is noted

that plaintiff's original motion contains a date past due, and

the Court will grant an extension based on the amended motion.

Accordingly,

        IT IS ORDERED:

        1) Plaintiff's motion for enlargement of time is denied

as moot.

        2)  Plaintiff's amended motion for enlargement of time

is granted; plaintiff shall have until September 30, 2016, to

file his brief.

        DATED this 30th day of August, 2016.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court