IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

STEVEN E. WRIGHT,                )
                                 )
              Plaintiff,         )           4:16CV3026
                                 )
         v.                      )
                                 )
CAROLYN W. COLVIN, Acting        )        ORDER AND JUDGMENT
Commissioner of the Social       )
Security Administration,         )
                                 )
              Defendant.         )
_____)


          This matter is before the Court on defendant's motion

to remand (Filing No. 27).  The Court has reviewed defendant's

memorandum in support of the motion (Filing No. 28), and finds

the motion should be granted.  Accordingly,

          IT IS ORDERED that defendant's motion is granted.

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the

decision of the ALJ is reversed; this case is remanded to the

Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

          DATED this 1st day of November, 2016.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court