IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN E. WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CV3026 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Filing No. 32). Defendant filed a response to the motion (Filing No. 34), stating "[d]efendant does not object to Plaintiff's request for fees."

The Court has reviewed the motion and finds that the requested fee is reasonable compensation considering the work done by counsel. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion for attorney fees is granted in the amount of $6,484.80 to be paid by the Social Security Administration.

2) The EAJA fee is payable to plaintiff and may be subject to offset to satisfy any pre-existing debt that the litigant may owe to the United States.

DATED this 10th day of January, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court